SARAH USWALD v. LOUIS MARGOLIS and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal to be filed on or before November 18, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HENRY P. RUSSELL and Others v. ELECTRICE CORPORATION.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FIDELIS SECURITIES AND BROKERAGE CORPORATION v. LIVERPOOL AND LONDON AND GLOBE INSURANCE COMPANY, LTD.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARIE J. GOLDREICH v. BEATRICE W. SULLIVAN, Formerly Known as and Sued Herein as BEATRICE W. FLAGLER.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points so appeal can be argued on or before November 15, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN S. KEDROVSKY, Individually, etc., v. ARCHBISHOP AND CONSISTORY OF THE RUSSIAN ORTHODOX GREEK CATHOLIC CHURCH, Alleged Corporation, and Others. PLATON ROZDESTVENSKY and the GENERAL BOARD OF TRUSTEES, Appellants.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure appellants' points and notice of argument to be filed on or before November 15, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANTONIO CHIOCCHI v. ALEX ORFINGER.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed on or before November 11, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ABRAHAM WHITE.— Motion to dismiss appeal granted, unless appellant procure record on appeal and appellant's points to be filed so appeal can be argued on or before December 6, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ISAAC COHEN.— Motion to dismiss appeal denied, with leave to renew if the plaintiff does not procure the case on appeal and the appellant's points to be filed with notice of argument so appeal can be argued on or before December 15, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BROWN'S AUTO AUCTION SALES COMPANY, INC., v. LILY BRAUNSTEIN, Individually and as Administratrix, etc., of JACOB BRAUNSTEIN, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points and notice of argument to be filed on or before October 20, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE AMALGAMATED BANK OF NEW YORK v. HARRY FALK, Doing Business, etc., Impleaded with TOSCANA STRAW GOODS CORPORATION.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOSEPH REYNAUD v. WILLIAM J. ROME and Others.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Petition of LAWRENCE P. MINGEY to Vacate an Order of this Court, Made December 18, 1906.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.